**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> DELL INC. <br><br> Defendant. | Civil Action No. 12-cv-1393-LPS <br><br> Jury Trial Demanded |

**STIPULATION OF DISMISSAL**

Plaintiff Graphics Properties Holdings, Inc. and Defendant Dell Inc., through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: October 29, 2013 | Respectfully submitted, |
| FARNAN LLP | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| /s/ *Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Rosemary J. Piergiovanni (#3655) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> rpiergiovanni@farnanlw.com <br><br> *Attorneys for Plaintiff Graphics Properties Holdings, Inc.* | /s/ *Thatcher Rahmeier* <br> Francis DiGiovanni (#3189) <br> Thatcher Rahmeier (#5222) <br> 1007 N. Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> Telephone: (302) 658-9141 <br> frank.digiovanni@novakdruce.com <br> thatcher.rahmeier@novakdruce.com <br><br> *Attorneys for Defendant Dell Inc.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Leonard P. Stark